UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| vs. | ) | CAUSE NO. 3:09-CR-40(01) RM |
| JIMMY T. HUNT | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on August 6, 2009 [Doc. No. 19]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Jimmy T. Hunt's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 18 U.S.C. § 922(g)(1).

SO ORDERED.

ENTERED:  August 25, 2009 

      /s/ Robert L. Miller, Jr.
      Chief Judge
      United States District Court